## ATTACHMENT A – LOCATION INFORMATION

### Property to Be Searched

1. The cellular telephone assigned call number 406-479-4378, (the "Target Cell Phone"), whose wireless service provider is **VERIZON WIRELESS, 1 Verizon Way, Basking Ridge, New Jersey**.

1. Information about the location of the Target Cell Phone that is within the possession, custody, or control of VERIZON WIRELESS, including information about the location of the cellular telephone if it is subsequently assigned a different call number and records concerning historical cell site information for the Target Cell Phone.

## Particular Things to be Seized

All information about the location of the Target Cell Phone described in Attachment A for a period of 30 days, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of VERIZON WIRELESS, VERIZON WIRELESS is required to disclose the Location Information to the government. In addition, VERIZON WIRELESS must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with VERIZON WIRELESS' services, including by initiating a signal to determine the location of the Target Cell Phone on VERIZON WIRELESS' network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate VERIZON WIRELESS for reasonable expenses incurred in furnishing such facilities or assistance.

To the extent that the Location Information includes tangible property, wire or electronic communications (as defined in 18 U.S.C. § 2510), or stored wire or electronic information, there is reasonable necessity for the seizure. *See* 18 U.S.C. § 3103a (b)(2).