# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Use of a Cell Site Simulator to locate<br>the cellular device assigned call<br>number 406-479-4378 | )<br>)<br>)<br>)<br>)<br>)<br>)    MJ-17-32-M-JCL<br>Case No. MJ-17- -M-JCL |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A - Cell Site Simulator, incorporated herein by reference.

located in the _____ District of _____ Montana _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B - Cell Site Simulator, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 846 | Conspiracy to Distribute and Possess w/ Intent to Distribute Methamphetamine |
| Title 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute Methamphetamine |
| Title 18 U.S.C. 2&924(C)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Offense |

The application is based on these facts:
See attached affidavit in support of the search warrant application, incorporated herein by reference.

☑ Continued on the attached sheet.

☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Levi Kroschel, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 23, 2017

_____
*Judge's signature*

City and state: Missoula, Montana

Jeremiah C. Lynch, United States Magistrate Judge
*Printed name and title*