## **ATTACHMENT B – CELL SITE SIMULATOR**

This warrant will authorize the use of the electronic investigative technique described in Attachment B to identify the location of the cellular device assigned phone number 406-479-4378, whose wireless provider is VERIZON WIRELESS Inc.

## CELL SITE SIMULATOR

Pursuant to an investigation of Chase Storlie for violations of Title 21 U.S.C. § 846 Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, Title 21 U.S.C. § 841 (a) Possession with the Intent to Distribute Methamphetamine, and Title 18 U.S.C. §§ 2 and 924 (C) (1) (A), this Warrant authorizes the officers to whom it is directed to determine the location of the cellular device identified in Attachment A by collecting and examining:

1. radio signals emitted by the target cellular device for the purpose of communicating with cellular infrastructure, including towers that route and connect individual communications; and

2. radio signals emitted by the target cellular device in response to radio signals sent to the cellular device by the officers;

for a period of 30 days, during all times of day and night. This warrant does not authorize the interception of any telephone calls, text messages, other electronic communications, and this warrant prohibits the seizure of any tangible property. The Court finds reasonable necessity for the use of the technique authorized above. *See* 18 U.S.C. § 3103a(b)(2).

The device will not complete a connection with cellular devices determined not to be the Target Cellular Device, and law enforcement will not collect

5

information from devices other than the Target Cellular Device. To the extent that any information from a cellular device other than the Target Cellular Device is collected by the law enforcement device, law enforcement will immediately delete that information, and law enforcement shall make no investigative use of it whatsoever other than distinguishing the Target Cellular Device from all other cellular devices.