IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JUL 0 6 2017
Clerk, U S District Court
District Of Montana
Missoula

In the Matter of the Search of:
Use of a Cell Sit Simulator to locate the cellular device assigned call number 406-479-4378

MJ-17-32-M-JCL

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 6th day of July, 2017.

Jeremiah C. Lynch
United States Magistrate Judge